UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>          Plaintiff,<br><br>     v.<br><br>STAINER, et al.,<br><br>          Defendants. | No. 1:16-cv-00589 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE<br><br>THIRTY-DAY DEADLINE |

Plaintiff Elvis Venable ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 26, 2016. Plaintiff names M.D. Stainer, Kern Valley State Prison ("KVSP") Warden Biter, Kern Medical Center Dr. Busch, KVSP CEO M. Hutchinson and KVSP Dr. Woods as Defendants.

On June 17, 2016, the Court screened the complaint and dismissed it with leave to amend. Pursuant to that order, an amended complaint was due within thirty (30) days. Over thirty (30) days have passed and he has not filed an amended complaint or otherwise contacted the Court.

Additionally, on June 15, 2016, the Court sent Plaintiff a *second* order regarding consent and request for reassignment. Plaintiff was ordered to either decline or consent to Magistrate Judge jurisdiction within thirty (30) days. Plaintiff has not done so.

///

///

1

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow Court orders and failure to prosecute. Plaintiff must file a response to this order within thirty (30) days. Plaintiff may also comply by filing an amended complaint pursuant to the June 17, 2016, order, <u>and</u> complying with the June 15, 2016, order.

<u>Failure to follow this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**August 11, 2016**__                    /s/ *Dennis L. Beck*
                                                               UNITED STATES MAGISTRATE JUDGE