UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS VENABLE,<br><br>        Plaintiff,<br><br>    vs.<br><br>STAINER, et al.,<br><br>        Defendants. | 1:16-cv-00589-GSA-PC<br><br>ORDER GRANTING REQUEST FOR COPY OF ORIGINAL COMPLAINT (ECF No. 26.)<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF HIS ORIGINAL COMPLAINT FILED ON APRIL 26, 2016<br>(ECF No. 1.) |

## I. BACKGROUND

Elvis Venable ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 26, 2016. (ECF No. 1.) On May 1, 2017, Plaintiff filed the First Amended Complaint. (ECF No. 25.)

On May 1, 2017, Plaintiff filed a request for a copy of his original Complaint. (ECF No. 26.)

## II. REQUEST FOR COPY

Plaintiff has requested a copy of his original Complaint with its attached exhibits. Plaintiff asserts that his cell was ransacked and his original civil rights complaint with the

attached exhibits is missing from his property. Plaintiff asserts that he was unable to submit the exhibits showing exhaustion of administrative remedies with the First Amended Complaint.

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). The fact that the court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents from the court. However, in this instance, Plaintiff has shown good cause for the court to send him a courtesy copy of his original Complaint. Plaintiff is advised, however, that the original Complaint on the court's record does not include any exhibits. Nevertheless, the court shall direct the Clerk to send Plaintiff a copy of his original Complaint filed on April 26, 2016.

## III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a copy of his original Complaint is GRANTED; and
2. The Clerk is DIRECTED to send Plaintiff a copy of his original Complaint filed on April 26, 2016.

IT IS SO ORDERED.

Dated: **September 25, 2017**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE